Gary Eugene GRAHAM, Appellant,

v.

Mark WEBBER, Attorney; Maria Moran, Prosecutor; Thomas M. Shanahan, Judge, Appellees.

No. 03–3597.

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2004.

Decided: April 13, 2004.

Gary Eugene Graham, Petersburg, VA, pro se.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Federal prisoner Gary Eugene Graham appeals from the district court's [*] preservice dismissal without prejudice of Graham's civil complaint. Upon careful review of the record, we conclude the district court properly dismissed the complaint. We thus affirm the district court, *see* 8th Cir. R. 47A(a), and we also deny Graham's motions to appoint counsel and to submit exhibits.

[*] The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.